UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-144 |
| ) | (JARVIS/GUYTON) |
| CARL J. SCHILK, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions by the defendant, all of which were filed on January 17, 2006:

(1) Motion to Suppress Statements and Supporting Memorandum of Law [Doc. 15];

(2) Motion to Suppress Search and Supporting Memorandum [Doc. 16];

(3) Motion for Leave to File Further Motions and Supporting Memorandum [Doc. 17]; and

(4) Motion in Limine One and Supporting Memorandum [Doc. 18].

On February 22, 2006, the defendant entered a plea of guilty before District Judge James H. Jarvis. Accordingly, the defendant's motions [**Docs. 15, 16, 17,** and **18**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge